# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                      Case No. 15-CR-22

**JAYSON J. JACKSON,**

    Defendant.

## DECISION AND ORDER

Magistrate Judge Nancy Joseph has recommended to this Court that Jayson Jackson's (Jackson) motion to suppress evidence be denied.

Because the Court agrees with Judge Joseph's analysis of the facts and the application of the law to those facts, the Court will adopt the recommendation *in toto* and deny Jackson's motion to suppress.

**IT IS HEREBY ORDERED THAT:**

Jackson's motion to suppress (ECF No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of May, 2015.

                                                      **BY THE COURT:**

                                                      **HON. RUDOLPH T. RANDA**
                                                      **U.S. District Judge**